**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−10087−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Bruce R. Brewer
   564 Copenhaver Road
   Falls Creek, PA 15840

Social Security No.:
   xxx−xx−0853

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658<br>Telephone number: 814−536−7470 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| **DATE/TIME/LOCATION OF MEETING OF CREDITORS**<br>June 16, 2020<br>10:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | **CONFIRMATION HEARING DATE/TIME/LOC**<br>June 16, 2020<br>10:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/26/20

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bruce R. Brewer  
    Debtor

Case No. 20-10087-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: mgut    Page 1 of 2    Date Rcvd: Mar 26, 2020
                        Form ID: rscCOVID    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
```
db           +Bruce R. Brewer,    564 Copenhaver Road,    Falls Creek, PA 15840-3016
15194314      Apex Asset Management, LLC,    P.O. Box 5407,    Lancaster, PA 17606-5407
15217265     +Berkheimer, Agent for Brockway ASD,    50 North Seventh Street,    Bangor, PA 18013-1731
15194315      Berkhimer Tax Administrator,    P.O. Box 25144,    Lehigh Valley, PA 18002-5144
15194317      CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15194319     +Clear One Advantage,    1501 S. Clinton Street, Suite 320,    Baltimore, MD 21224-5733
15194320      First Bankcard,    P.O. Box 3331,    Omaha, NE 68103-0331
15194321     +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
15194323     +Lending Club Corp,    595 Market St,    San Francisco, CA 94105-2807
15211073     +M&T BANK,    P.O. BOX 1508,    BUFFALO, NY 14240-1508
15199616    ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
             (address filed with court: First National Bank of Omaha,    1620 Dodge Street, Stop Code 3129,
               Omaha, Nebraska 68197)
15194326     +Penn Highlands DuBois,    1605 N. Cedar Crst Blvd Ste 110B,    Allentown, PA 18104-2351
15209008     +Tea Olive, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
15194330      Us Bank,    Cb Disputes,    Saint Louis, MO 63166
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:50:37      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:56:45
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15194313     +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2020 03:49:24      Ally Financial,
               P.o. Box 380901,    Bloomington, MN 55438-0901
15194318     +E-mail/Text: bankruptcynotices@cbecompanies.com Mar 27 2020 03:51:20      CBE Group, Inc.,
               1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
15200077      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:55:32
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC   28272-1083
15194316     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:56:32
               Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15194322      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 27 2020 03:49:42       IRS,
               Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
15194324      E-mail/Text: camanagement@mtb.com Mar 27 2020 03:49:45      M&t Bank,    Po Box 900,
               Millsboro, DE 19966
15194325     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:44      PayPal Credit Services/SYNCB,
               P.O. Box 960080,    Orlando, FL 32896-0080
15194327     +E-mail/Text: bankruptcyteam@quickenloans.com Mar 27 2020 03:51:20      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
15207689     +E-mail/Text: bankruptcyteam@quickenloans.com Mar 27 2020 03:51:20      Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
15194328     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:44      Syncb/jcp,    Po Box 965007,
               Orlando, FL 32896-5007
15194329     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:35      Syncb/ppmc,    Po Box 965005,
               Orlando, FL 32896-5005
15195606     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:55:54      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15194331     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2020 03:49:17
               Verizon,    P.O. Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr              Quicken Loans Inc.
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: mgut              Page 2 of 2            Date Rcvd: Mar 26, 2020
                              Form ID: rscCOVID       Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Bruce R. Brewer thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 4
```