# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 20-10087-TPA
**Bruce R. Brewer,** :
: Chapter 13
**Debtor** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 9th day of September, 2020, a true and correct copy of the Order dated September 3, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> OFFICE OF UC BENEFITS
> 651 BOAS STREET
> HARRISBURG, PA 17121
>
> BRUCE R. BREWER
> 564 COPENHAVER ROAD
> FALLS CREEK, PA 15840

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 9, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470