IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 20-10087-TPA |
| | ) |
| BRUCE R. BREWER, | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Docket No. |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) |
| | ) Related to Docket No. 43 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| BRUCE R. BREWER, EMILY A. BREWER, AND RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

### NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF ALLY BANK FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **JANUARY 8, 2021** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

      A Zoom Video Conference Hearing will be held on **FEBRUARY 3, 2021 at 10:30 A.M.** before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488.  For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.  All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.  Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet.  When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.  Only ten minutes is being provided on the calendar.  No witness will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of service:  December 22, 2020        */s/ Mark G. Claypool*
                                                                         Mark G. Claypool
                                                                         PA I.D. No. 63199
                                                                         120 West Tenth Street, Erie, PA  16501
                                                                         (814) 459-2800
                                                                         Attorney for Movant/Applicant

# 2218478.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 20-10087-TPA |
| | ) |
| BRUCE R. BREWER, | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Docket No. |
| ALLY BANK serviced by ALLY SERVICING LLC, | ) |
| | ) Related to Docket No. 43 |
| | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| BRUCE R. BREWER, EMILY A. BREWER, AND RONDA J. WINNECOUR, ESQUIRE, TRUSTEE, | ) |
| | ) |
| Respondents | ) |

## CERTIFICATE OF SERVICE

TO PARTIES IN INTEREST:

    I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Notice of Hearing on Ally Banks's Motion for Relief from Automatic Stay and Co-Debtor Stay, on the parties at the addresses on the attached service list, on December 22, 2020 by first class, United States mail, postage pre-paid.

The total number of parties served was  5  .

EXECUTED ON:  December 22, 2020

                                                       By:   /s/ *Mark G. Claypool*
                                                            Mark G. Claypool, Esquire
                                                            PA I.D. No. 63199
                                                            Knox McLaughlin Gornall & Sennett, P.C.
                                                            120 West Tenth Street
                                                            Erie, Pennsylvania 16501
                                                            (814) 459-2800

# 2205183.v1

## SERVICE MATRIX

**Via US Mail**

Bruce R. Brewer
564 Copenhaver Road
Falls Creek, PA 15840

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Emily A. Brewer
640 ½ West Long Avenue
DuBois, PA 15801

**Via CM/ECF**

Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov

# 2218478.v1