IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 20-10087-TPA |
| ) | |
| BRUCE R. BREWER, ) | |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Docket No. |
| ALLY BANK serviced by ALLY ) | |
| SERVICING LLC, ) | Related to Docket No. 47 |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| BRUCE R. BREWER, EMILY A. ) | |
| BREWER, AND RONDA J. ) | |
| WINNECOUR, ESQUIRE, ) | |
| TRUSTEE, ) | |
| ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE**

TO PARTIES IN INTEREST:

I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Order, on the parties at the addresses on the attached matrix, on January 12, 2021, by first class, United States mail, postage pre-paid or via electronic filing.

        By:    /s/ *Mark G. Claypool*
              Mark G. Claypool, Esquire
              PA I.D. No. 63199
              Knox McLaughlin Gornall & Sennett, P.C.
              120 West Tenth Street
              Erie, Pennsylvania 16501-1461
              (814) 459-2800
              mclaypool@kmgslaw.com

# 2222117.v1

## SERVICE MATRIX

**Via US Mail**

Bruce R. Brewer
564 Copenhaver Road
Falls Creek, PA 15840

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Emily A. Brewer
640 ½ West Long Avenue
DuBois, PA 15801

**Via CM/ECF**

Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov

# 2222117.v1