Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Bruce R. Brewer** | : | Case No. 20−10087−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 62 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/6/24 at 02:30 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 30th of May, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 62 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before July 15, 2024**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **August 6, 2024 at 02:30 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bruce R. Brewer  
    Debtor

Case No. 20-10087-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: May 30, 2024      Form ID: 300a      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce R. Brewer, 564 Copenhaver Road, Falls Creek, PA 15840-3016 |
| 15217265 | + | Berkheimer, Agent for Brockway ASD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15194315 | | Berkhimer Tax Administrator, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 15194326 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 15195606 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:56:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15229516 | | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15194313 | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15194314 | ^ | MEBN | May 31 2024 00:13:10 | Apex Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 15194317 | ^ | MEBN | May 31 2024 00:11:34 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15194318 | + | Email/Text: bankruptcynotices@cbecompanies.com | May 31 2024 00:16:00 | CBE Group, Inc., 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 15200077 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:28:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:45:01 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15194320 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | First Bankcard, P.O. Box 3331, Omaha, NE 68103-0331 |
| 15199616 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15194321 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15194322 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2024 00:15:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15229673 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2024 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194323 | + | Email/Text: Documentfiling@lciinc.com | May 31 2024 00:14:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15194324 | | Email/Text: camanagement@mtb.com | May 31 2024 00:15:00 | M&t Bank, Po Box 900, Millsboro, DE 19966 |
| 15211073 | + | Email/Text: camanagement@mtb.com | May 31 2024 00:15:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15194325 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:44:38 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 15194327 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15207689 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15194328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:44:22 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15194329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:29 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15195606 | ^ | MEBN | May 31 2024 00:14:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15209008 | + | Email/Text: documentfiling@lciinc.com | May 31 2024 00:14:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15227672 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 31 2024 00:16:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15194330 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 31 2024 00:16:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15226830 | | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:44:54 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15194331 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 31 2024 00:14:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15194319 | ##+ | Clear One Advantage, 1501 S. Clinton Street, Suite 320, Baltimore, MD 21224-5733 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: 300a | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Brent J. Lemon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Debtor Bruce R. Brewer thedebterasers@aol.com

Maria Miksich
    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8