**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BRUCE R BREWER | Case No.:20-10087 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour | Document No.: |
| Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 29, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/04/2020 and confirmed on 3/26/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | | |
|---|---:|---:|---:|---:|
| Total Receipts | | | | 55,149.66 |
| Less Refunds to Debtor | | 2,092.97 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 53,056.69 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,619.00 | | |
|   Trustee Fee | | 2,876.69 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 6,495.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 38,188.54 | 0.00 | 38,188.54 |
|     Acct: 5199 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 2,365.94 | 2,365.94 | 0.00 | 2,365.94 |
|     Acct: 5199 | | | | |
|   M & T BANK | 2,660.55 | 2,660.55 | 344.63 | 3,005.18 |
|     Acct: 5212 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0736 | | | | |
| | | | | 43,559.66 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRUCE R BREWER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRUCE R BREWER | 2,092.97 | 2,092.97 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BROCKWAY ASD (WASHINGTON TWP) (P | 115.00 | 115.00 | 0.00 | 115.00 |
|     Acct: 0853 | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2777 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,878.33 | 1,878.33 | 0.00 | 1,878.33 |
|     Acct: 0853 | | | | |
| | | | | 1,993.33 |
| **Unsecured** | | | | |
|   APEX ASSET MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1401 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 7,576.06 | 244.86 | 0.00 | 244.86 |
|     Acct: 2964 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,054.83 | 34.09 | 0.00 | 34.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4973 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9878 | | | | |
| CLEAR ONE ADVANTAGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST BANKCARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1265 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 745.46 | 24.09 | 0.00 | 24.09 |
| Acct: 1265 | | | | |
| LENDING CLUB CORP* | 10,568.35 | 341.57 | 0.00 | 341.57 |
| Acct: 0060 | | | | |
| TEA OLIVE LLC | 4,640.68 | 149.99 | 0.00 | 149.99 |
| Acct: 6208 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,351.63 | 43.68 | 0.00 | 43.68 |
| Acct: 7071 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,461.94 | 79.57 | 0.00 | 79.57 |
| Acct: 1805 | | | | |
| US BANK NA** | 1,965.33 | 63.52 | 0.00 | 63.52 |
| Acct: 5039 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 464.05 | 15.00 | 0.00 | 15.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 276.88 | 8.95 | 0.00 | 8.95 |
| Acct: 0001 | | | | |
| M & T BANK | 62.20 | 2.01 | 0.00 | 2.01 |
| Acct: 5212 | | | | |
| INTERNAL REVENUE SERVICE* | 21.17 | 0.68 | 0.00 | 0.68 |
| Acct: 0853 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7071 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,008.01 |

| | | | | |
|---|---|---|---|---:|
| TOTAL PAID TO CREDITORS | | | | 46,561.00 |

TOTAL CLAIMED
 PRIORITY            1,993.33
 SECURED             5,026.49
 UNSECURED          31,188.58

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BRUCE R BREWER

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-10087

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-10087-JCM
Bruce R. Brewer Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce R. Brewer, 564 Copenhaver Road, Falls Creek, PA 15840-3016 |
| 15217265 | + | Berkheimer, Agent for Brockway ASD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15194315 | | Berkhimer Tax Administrator, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 15194326 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 15195606 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 01:07:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15229516 | | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15194313 | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15194314 | ^ | MEBN | May 31 2024 00:13:13 | Apex Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 15194317 | ^ | MEBN | May 31 2024 00:11:38 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15194318 | + | Email/Text: bankruptcynotices@cbecompanies.com | May 31 2024 00:16:00 | CBE Group, Inc., 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 15200077 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:26 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15194320 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | First Bankcard, P.O. Box 3331, Omaha, NE 68103-0331 |
| 15199616 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15194321 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15194322 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2024 00:15:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15229673 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2024 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194323 | + | Email/Text: Documentfiling@lciinc.com | May 31 2024 00:14:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15194324 | | Email/Text: camanagement@mtb.com | May 31 2024 00:15:00 | M&t Bank, Po Box 900, Millsboro, DE 19966 |
| 15211073 | + | Email/Text: camanagement@mtb.com | May 31 2024 00:15:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15194325 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:27:56 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 15194327 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15207689 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15194328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 01:39:24 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15194329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:26 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15195606 | ^ | MEBN | May 31 2024 00:14:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15209008 | + | Email/Text: documentfiling@lciinc.com | May 31 2024 00:14:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15227672 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 31 2024 00:16:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15194330 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 31 2024 00:16:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15226830 | | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:45:11 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15194331 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 31 2024 00:14:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15194319 | ##+ | Clear One Advantage, 1501 S. Clinton Street, Suite 320, Baltimore, MD 21224-5733 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Brent J. Lemon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com,
    lemondropper75@hotmail.com

Denise Carlon
    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Debtor Bruce R. Brewer thedebterasers@aol.com

Maria Miksich
    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Mark G. Claypool
    on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8