IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   BRUCE R BREWER

         Debtor(s)

   Ronda J. Winnecour
        Movant
     vs.
   No Repondents.

Case No.:20-10087

Chapter 13

Related to: Document No. 62

## ORDER OF COURT

AND NOW, this __17th__ day of __July__, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
7/17/24 7:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10087-JCM |
| Bruce R. Brewer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 3
Date Rcvd: Jul 17, 2024  Form ID: pdf900  Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce R. Brewer, 564 Copenhaver Road, Falls Creek, PA 15840-3016 |
| 15217265 | + | Berkheimer, Agent for Brockway ASD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15194315 | | Berkhimer Tax Administrator, P.O. Box 25144, Lehigh Valley, PA 18002-5144 |
| 15194326 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2024 00:20:00 | Ally Bank serviced by Ally Servicing LLC, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 00:35:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15229516 | | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2024 00:20:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15194313 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 18 2024 00:20:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15194314 | ^ | MEBN | Jul 18 2024 00:02:31 | Apex Asset Management, LLC, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 15194317 | ^ | MEBN | Jul 18 2024 00:02:28 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15194318 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jul 18 2024 00:22:00 | CBE Group, Inc., 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 15200077 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:36:43 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15194316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:35:22 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15194320 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | First Bankcard, P.O. Box 3331, Omaha, NE 68103-0331 |
| 15199616 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15194321 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15194322 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 00:20:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15229673 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 18 2024 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194323 | + | Email/Text: Documentfiling@lciinc.com | Jul 18 2024 00:20:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15194324 | | Email/Text: camanagement@mtb.com | Jul 18 2024 00:21:00 | M&t Bank, Po Box 900, Millsboro, DE 19966 |
| 15211073 | + | Email/Text: camanagement@mtb.com | Jul 18 2024 00:21:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15194325 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 00:36:41 | PayPal Credit Services/SYNCB, P.O. Box 960080, Orlando, FL 32896-0080 |
| 15194327 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 18 2024 00:22:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15207689 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 18 2024 00:22:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15194328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 00:36:27 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15194329 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 00:36:12 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 15195606 | ^ | MEBN | Jul 18 2024 00:02:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15209008 | + | Email/Text: documentfiling@lciinc.com | Jul 18 2024 00:20:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15227672 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 18 2024 00:21:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15194330 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 18 2024 00:21:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15226830 | | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 00:35:21 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15194331 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 18 2024 00:20:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15194319 | ##+ | Clear One Advantage, 1501 S. Clinton Street, Suite 320, Baltimore, MD 21224-5733 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 32

Date: Jul 19, 2024   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Bruce R. Brewer thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Mark G. Claypool | on behalf of Creditor Ally Bank serviced by Ally Servicing LLC mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8